UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>    JOHNSONS SIDING AND REPLACEMENT WINDOWS, INC.,<br><br>    Debtor.<br><br>WILLIAM E. WELLS,<br><br>    Appellant,<br><br>    v.<br><br>NANCY GARGULA, United States Trustee, and DANA S. FRAZIER, Chapter 7 Trustee,<br><br>    Appellees,<br><br>and<br><br>ROBERT E. EGGMAN, Chapter 7 Trustee,<br><br>    Intervenor. | Case No. 07-cv-848-JPG |
| IN RE:<br><br>    ANTHONY HUGO CHAMBLISS,<br><br>    Debtor.<br><br>WILLIAM E. WELLS,<br><br>    Appellant,<br><br>    v.<br><br>NANCY GARGULA, United States Trustee, and CYNTHIA A. HAGAN, Chapter 7 Trustee,<br><br>    Appellees,<br><br>and<br><br>ROBERT E. EGGMAN, Chapter 7 Trustee,<br><br>    Intervenor. | Consolidated with:<br><br>No. 07-cv-849-JPG |

| | |
|---|---|
| IN RE:<br><br>    CHARLES DANIEL BURNHAM and KIMBERLY DIANE BURNHAM,<br><br>    Debtors.<br><br>WILLIAM E. WELLS,<br><br>    Appellant,<br><br>    v.<br><br>NANCY GARGULA, United States Trustee, and CYNTHIA A. HAGAN, Chapter 7 Trustee,<br><br>    Appellees,<br><br>and<br><br>ROBERT E. EGGMAN, Chapter 7 Trustee,<br><br>    Intervenor. | and<br><br>No. 07-cv-850-JPG |
| IN RE:<br><br>    MELINDA JANE EBEL,<br><br>    Debtor.<br><br>WILLIAM E. WELLS,<br><br>    Appellant,<br><br>    v.<br><br>NANCY GARGULA, United States Trustee, and DANA S. FRAZIER, Chapter 7 Trustee,<br><br>    Appellees,<br><br>and<br><br>ROBERT E. EGGMAN, Chapter 7 Trustee,<br><br>    Intervenor. | and<br><br>No. 07-cv-851-JPG |

| | |
|---|---|
| IN RE:<br><br>    KATHLEEN ANN SCHEEL,<br><br>        Debtor.<br><br>WILLIAM E. WELLS,<br><br>        Appellant,<br><br>    v.<br><br>NANCY GARGULA, United States Trustee, and DANA S. FRAZIER, Chapter 7 Trustee,<br><br>        Appellees,<br><br>and<br><br>ROBERT E. EGGMAN, Chapter 7 Trustee,<br><br>        Intervenor. | and<br><br>No. 07-cv-852-JPG |
| IN RE:<br><br>    CHARLES DANIEL BURNHAM and KIMBERLY DIANE BURNHAM,<br><br>        Debtor.<br><br>WILLIAM E. WELLS,<br><br>        Appellant,<br><br>    v.<br><br>NANCY GARGULA, United States Trustee, and CYNTHIA A. HAGAN, Chapter 7 Trustee,<br><br>        Appellees,<br><br>and<br><br>ROBERT E. EGGMAN, Chapter 7 Trustee,<br><br>        Intervenor. | and<br><br>No. 07-cv-558-JPG |

| | |
|---|---|
| IN RE: | and |
|     MELINDA JANE EBEL, | No. 07-cv-560-JPG |
|     Debtor. | |
| WILLIAM E. WELLS, | |
|     Appellant, | |
|     v. | |
| NANCY GARGULA, United States Trustee, and DANA S. FRAZIER, Chapter 7 Trustee, | |
|     Appellees, | |
| and | |
| ROBERT E. EGGMAN, Chapter 7 Trustee, | |
|     Intervenor. | |
| IN RE: | and |
|     KATHLEEN ANN SCHEEL, | No. 07-cv-562-JPG |
|     Debtor. | |
| WILLIAM E. WELLS, | |
|     Appellant, | |
|     v. | |
| NANCY GARGULA, United States Trustee, and DANA S. FRAZIER, Chapter 7 Trustee, | |
|     Appellees, | |
| and | |
| ROBERT E. EGGMAN, Chapter 7 Trustee, | |
|     Intervenor. | |

## **JUDGMENT**

    This matter having come before the Court and the parties having agreed to dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that these consolidated appeals are dismissed with prejudice.

    Dated:  December 19, 2008　　　　　　　NORBERT G. JAWORSKI, Clerk

　　　　　　　　　　　　　　　　　　　　　　By:s/Deborah Agans, Deputy Clerk


    **Approved:**   s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**